1  THOMAS V. GIRARDI - BAR NO. 36603
   V. ANDRE SHERMAN - BAR NO. 198684
2  Girardi | Keese
   1126 Wilshire Boulevard
3  Los Angeles, California 90017
   Telephone (213) 977-0211
4  Facsimile: (213) 481-1554
   Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. : 08-1075 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Dianne Monteiro, et al.,<br><br>　　　　　　　　　　　Plaintiffs<br><br>vs.<br><br>Pfizer Inc, et al.,<br><br>　　　　　　　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, Dianne Monteiro, Edith Irwin, Dorothy Rosiewicz, and MarryAnne Jacobs for Jody Jacobs in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiffs named herein only with

//
//
//

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1 | each side bearing its own attorneys' fees and costs.

DATED: Feb 2, 2010    By: _____

**GIRARDI | KEESE**
1126 Wilshire Boulevard
Los Angeles, California 90017
Telephone (213) 977-0211
Facsimile: (213) 481-1554

*Attorneys for Plaintiffs*

DATED: Feb. 25, 2010    By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: APR - 5 2010    _____
Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE